UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SANDRA HOWELL,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Civil No. 6:24-cv-00154-YY<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision. The ALJ will further evaluate Plaintiff's residual functional capacity; re-evaluate the medical opinions; and, if warranted, obtain supplemental testimony from a vocational expert.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this 29th day of August 2024.

    /s/ Youlee Yim You
HON. YOULEE YIM YOU
UNITED STATES MAGISTRATE JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

District of Oregon

KEVIN DANIELSON, OSB #065860
Executive Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97201-2902
Telephone: (503) 727-1021
Fax: (503) 727-1117
kevin.c.danielson@usdoj.gov

DENNIS A. GOLDEN, KS #23920
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-4904
dennis.golden@ssa.gov

Attorneys for Defendant