Rory J. Linerud, OSB # 970061
rorylinerud@hotmail.com
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| SANDRA HOWELL, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER, SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br>     Defendant. ) | CIVIL No. 6:24-CV-00154-YY <br><br> ORDER AWARDING FEES <br> PURSUANT TO 42 U.S.C. § 406(b) |

Attorney fees in the amount of $22,511.75 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). This fee must be offset by an EAJA fee that was awarded in the amount of $8,300.00. After offset, the net amount of the attorney fee payable is $14,211.75. The Court finds this is a reasonable fee. IT IS SO ORDERED. The additional fee of $14,211.75 shall be made payable and sent to Plaintiff attorney, Rory Linerud.

IT IS SO ORDERED.

DATED this  22nd  day of  January , 2026.

_____
HONORABLE YOULEE YIM YOU
UNITED STATES MAGISTRATE JUDGE

ORDER – 406(b) FEES                                          1

Presented by:

/s/ Rory J. Linerud
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971)218-6954
Email: rorylinerud@hotmail.com
Fax: (503)877-6691